930

No. 72–6424.   Stroud v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 72–6425.   Washington v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 72–6427.   Smith v. Estelle, Corrections Director.   C. A. 5th Cir.   Certiorari denied.

No. 72–6435.   Novak v. United States.   C. A. 7th Cir.   Certiorari denied.

No. 72–6436.   Savage v. United States.   C. A. 3d Cir. Certiorari denied.

No. 72–6440.   Rowe v. United States.   C. A. 5th Cir. Certiorari denied.

No. 72–6445.   Sumida v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 72–6450.   Prezzi v. Berzak et al.   C. A. 2d Cir. Certiorari denied.

No. 72–6488.   Barfield v. Harris, Warden, et al. C. A. 10th Cir.   Certiorari denied.

No. 72–6543.   Oliver v. Shapp, Governor of Pennsylvania, et al.   C. A. 3d Cir.   Certiorari denied.

No. 72–6557.   Smiley v. LaVallee, Correctional Superintendent.   C. A. 2d Cir.   Certiorari denied.

No. 72–6558.   Smiley v. LaVallee, Correctional Superintendent.   C. A. 2d Cir.   Certiorari denied.

No. 72–6571.   Tanner v. Twomey, Warden.   C. A. 7th Cir.   Certiorari denied.